# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**WAUKEEN JOHNSON**                                                                                        **PLAINTIFF**

**VS.**                             **4:20-CV-00109-BRW**

**DOES**                                                                                             **DEFENDANTS**

## ORDER

Plaintiff Waukeen Johnson ("Plaintiff"), in custody at the W.C. Dub Brassell Adult Detention Center, filed this case *pro se* alleging violations of his rights.[1] On February 26, 2020, I directed Plaintiff to pay the $400 filing fee or file a motion to proceed *in forma pauperis* and to file an amended complaint specifying whom he wishes to sue in this action and setting out specific facts about each named defendant, as well as explaining how he was personally harmed.[2] I advised Plaintiff that failure to do so would result in the dismissal of his case.[3] Plaintiff has failed to file a motion to proceed IFP or an amended complaint or otherwise respond to my February 26, 2020 Order. Accordingly, Plaintiff's complaint is DISMISSED without prejudice.[4]

IT IS SO ORDERED this 8th day of April, 2020.

                                                    Billy Roy Wilson_____
                                                  UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff was notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2):

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

[2] Doc. No. 3.

[3] *Id*.

[4] Local Rule 5.5(c)(2).