IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WAUKEEN JOHNSON**   **PLAINTIFF**

**VS.**   **4:20-CV-00109-BRW**

**DOES**   **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 8th day of April, 2020.

           Billy Roy Wilson_____
           UNITED STATES DISTRICT JUDGE